UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No: '08 MJ 1344 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| Hortulano VENEGAS-Venegas | ) | Title 8, U.S.C., Section 1326 - |
| | ) | Deported Alien Found in the |
| Defendant. | ) | United States |

The undersigned complainant, being duly sworn, states:

On or about, **December 28, 2007**, within the Southern District of California, defendant, **Hortulano VENEGAS-Venegas**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **April 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 28, 2007, the defendant identified as "**Hortulano VENEGAS-Venegas**" was apprehended by the United States Border Patrol approximately 7 miles east of the Tecate Port of Entry and 300 yards north of the United States border. It was discovered that the defendant was a parolee at large and on December 28, 2007, the defendant was referred to the custody of California State Parole and booked into county jail for violation of Penal Code 3056 "VIOLATION OF PAROLE". The defendant was determined to be a citizen of Mexico and a Form I-247 "Immigration Hold" was placed pending his release. Subsequently, the defendant was referred to the Donovan State Prison in order to finish his prison term for violation of parole.

On Monday, April 28, 2008, at approximately 09:30 A.M. the defendant was referred to United States Immigration and Customs Enforcement (ICE) custody. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico, who has been deported or removed from the United States.

A thorough review of immigration computer database checks revealed the defendant was administratively ordered removed from the United States on or about July 11, 2003, and most recently removed to Mexico on or about December 24, 2007 via the San Ysidro, California Port of Entry. Further records indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared with the defendant's fingerprints. The results confirmed the defendant's identity as Hortulano VENEGAS-Venegas, a citizen and national of Mexico previously removed from the United States to Mexico. A photograph and a set of fingerprints were also obtained from the Alien Registration File, which further confirmed the defendant's identity.

All information indicates that the defendant is a citizen of Mexico having been previously deported to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Hortulano VENEGAS-Venegas has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code, Section 1326, Deported Alien Found in the United States.