AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\`\`                           DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
    v.
HORTULANO VENEGAS-VENEGAS,
          Defendant.

**APPEARANCE**

Case Number:   08MJ1344

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HORTULANO VENEGAS-VENEGAS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                             Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City        State        Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                 Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 1, 2008                                          /s/ Joseph McMullen
                                                            JOSEPH McMULLEN
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            e-mail: Joseph_McMullen@fd.org